IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., <br><br> *Plaintiff,* <br><br> vs. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § Civil Action No. 1-21-CV-54 |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, Lucinne Venegas, Individually and on behalf of the estate of Carlos Javier Venegas and on behalf of her minor children, D.V., G.V., and M.V., files this Certificate of Interested Persons and states that the following parties are interested in the outcome of this litigation:

1. **Plaintiff**: Lucinne Venegas, Individually and on behalf of her deceased husband's estate and their three minor children;

2. **Plaintiff's Counsel:** Attorneys with The Buzbee Law Firm;

3. **Defendant**: Space Exploration Technologies Corp. and DogLeg Park, LLC

4. **Defendants' Counsel**: David G. Oliveira and Rene O. Oliveira, Jr., with the law firm of Roerig, Oliveira & Fisher, LLP, 10225 N. 10th Street, McAllen, Texas 78504.

Respectfully submitted,

**THE BUZBEE LAW FIRM**

By:     /s/ *Anthony G. Buzbee*
        Anthony G. Buzbee
        Texas Bar No. 24001820
        S.D. of Tex. No. 22679
        tbuzbee@txattorneys.com
        J.P. Morgan Chase Tower
        600 Travis, Suite 7300
        Houston, Texas 77002
        Telephone: (713) 223-5393
        Facsimile: (713) 223-5909
        www.txattorneys.com

**OF COUNSEL:**
David L. Bergen
Texas Bar No. 24097371
S.D. of Tex. No. 2858355
dbergen@txattorneys.com
J.P. Morgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909
www.txattorneys.com

**ATTORNEYS FOR PLAINTIFF
LUCINNE VENEGAS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above was served via this Court's CM/ECF system on April 26, 2021.

Mr. David G. Oliveira
Tex. Bar No. 15254675
doliveira@rofllp.com
Ms. Rene O. Oliveira
Tex. Bar No. 24099137
roliveirajr@rofllp.com
Roerig, Oliveira & Fisher, LLP
10225 N. 10th Street
McAllen, Texas 78504
Tel: 956-393-6300
Fax: 956-386-1625

**ATTORNEYS FOR DEFENDANTS**
**SPACE EXPLORATION TECHNOLOGIES CORP.**
**AND DOGLEG PARK, LLC**

                                                  */s/ David L. Bergen*
                                                    David L. Bergen