IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., | § § § § § | |
| *Plaintiff,* | § § | |
| vs. | § § § | Civil Action No. 1-21-CV-54 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, | § § § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before this Court is Plaintiff's Motion for Expedited, Limited Jurisdictional Discovery, Motion to Extend Plaintiff's Deadline to File a Motion to Remand, and Motion to Stay All Matters Pending Determination of Subject-Matter Jurisdiction ("the Motion"), Defendant's Response, and the Reply, if any. After considering the Parties' arguments, this Court finds that the Motion has merit and should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall have 90 days to conduct discovery regarding the matters raised in Defendants' Notice of Removal [Dkt No. 1] and file a motion to remand this case for lack of subject matter jurisdiction. All other litigation in this matter shall be stayed pending the completion of jurisdictional discovery.

SO ORDERED.

SIGNED on _____

_____
Presiding Judge