United States District Court
Southern District of Texas
**ENTERED**
May 03, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>SPACE EXPLORATION TECHNOLOGIES §<br>CORPORATION & DOGLEG PARK, LLC, §<br>    Defendants. § | Civil Action No. 1:21-54 |

## **ORDER**

On April 30, 2021, the Plaintiff filed a motion for expedited, limited jurisdictional discovery. Dkt. No. 4.

The Defendants shall file a response no later than May 10, 2021.

.     DONE at Brownsville, Texas on May 3, 2021.

_____
Ronald G. Morgan
United States Magistrate Judge