IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS, Individually, On Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V. <br> *Plaintiff,* <br><br> v. <br><br> SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC. <br> *Defendants* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 1-21-CV-54 |

## DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, Defendants SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, and hereby certify that the following persons or entities have a financial interest in the outcome of this litigation:

1. Plaintiff Lucinne Venegas, Individually and on behalf of the Estate of Carlos Javier Venegas, and her three minor children.

2. Plaintiff's Counsel: Attorneys with The Buzbee Law Firm

3. Defendant Space Exploration Technologies

4. The Elon Musk Revocable Trust

5. Defendant Dogleg Park, LLC

1

Respectfully Submitted,

**ROERIG, OLIVEIRA & FISHER, LLP**
10225 N. 10th Street
McAllen, Texas 78504
Telephone: (956) 393-6300
Facsimile: (956) 386-1625
doliveira@rofllp.com
lizg@rofllp.com
roliveirajr@rofllp.com
nancyg@rofllp.com


By: /s/ David G. Oliveira
    **DAVID G. OLIVEIRA**
    **State Bar No. 15254675**
    **Federal ID No. 34165**
    **RENE O. OLIVEIRA, JR.**
    **State Bar No. 24059132**
    **Federal ID No. 1005530**

**ATTORNEY FOR DEFENDANTS SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of May, 2021 a true and correct copy of the foregoing document has been forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure.

    */s/ David G. Oliveira*
    DAVID G. OLIVEIRA