United States District Court
Southern District of Texas
**ENTERED**
June 08, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS,<br>　　Plaintiff,<br><br>v.<br><br>SPACE EXPLORATION TECHNOLOGIES<br>CORPORATION & DOGLEG PARK, LLC,<br>　　Defendants. | §<br>§<br>§<br>§   Civil Action No. 1:21-54<br>§<br>§<br>§<br>§ |

**<u>SCHEDULING ORDER</u>**

1. Trial: Estimated time to try: 5-7 days                                                        <u>X</u>  Jury

2. Proposed Joint Protective Order[1] shall be filed by:                                June 30, 2021

3. Deadline to add parties and/or amend complaint[2]                             December 17, 2021
   *Furnish a copy of this Scheduling Order to new parties*

4. Plaintiff's experts to be named with a furnished report by:                 January 7, 2022

5. Defendant's experts to be named with a furnished report by:            February 18, 2022

6. Discovery must be completed by:                                                         April 15, 2022
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention from the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

7. Dispositive motions will be filed no later than:                                      May 6, 2022

8. Non-dispositive motions will be filed no later than:                              May 13, 2022

9. Joint Pretrial Order will be filed no later than:                                       May 27, 2022

The final pretrial conference hearing will be scheduled after the Court rules on dispositive motions. Trial dates will be selected at the final pretrial conference.

　　　　DONE at Brownsville, Texas on June 8, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ronald G. Morgan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] A template can be found at
https://www.txs.uscourts.gov/sites/txs/files/RGM%20protective%20order%20template.docx
[2] Any amended complaint must be accompanied by a motion for leave to file.