UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., | § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 1-21-CV-54 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, | § § § § | |
| *Defendants.* | | |

## NOTICE OF ATTORNEY APPEARANCE

Please take notice that Michelle D. Pector and Jared Wilkerson, of Morgan, Lewis & Bockius LLP, are appearing as additional counsel for Defendant Space Exploration Technologies Corporation in the above-referenced matter.

Dated: August 27, 2021

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

 */s/ Michelle D. Pector*
Michelle D. Pector
State Bar No. 24027726
SDTX Bar No. 28869
michelle.pector@morganlewis.com
Jared Wilkerson
State Bar No. 24084096
SDTX Bar No. 2117319
jared.wilkerson@morganlewis.com
1000 Louisiana, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

*Attorneys for Defendant Space Exploration Technologies Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2021, a true and correct copy of the foregoing document has been served electronically by the Court's Case Management/ Electronic Case Files (CM/ECF) system to all known counsel of record.

 */s/ Michelle D. Pector*
Michelle D. Pector