IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., § § § § § | | |
| *Plaintiff,* § | | |
| vs. § | Civil Action No. 1-21-CV-54 | |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, § § § § § | | |
| *Defendants.* § | | |

## ORDER

This Court considered *Plaintiff Lucinne Venegas's Unopposed Motion For Leave to Amend Complaint* ("Motion"). The proposed First Amended Complaint was attached as Exhibit A. This Court **GRANTS** Plaintiff's Motion.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff's First Amended Complaint, attached as Exhibit A, is deemed filed as of the date below.

SIGNED _____.

_____
The Honorable Ronald G. Morgan
United States Magistrate Judge