United States District Court
Southern District of Texas
**ENTERED**
November 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS, §<br>　　Plaintiff, §<br>　　　　　　　　　　　§<br>v. 　　　　　　　　　§<br>　　　　　　　　　　　§<br>SPACE EXPLORATION TECHNOLOGIES §<br>CORPORATION & DOGLEG PARK, LLC, §<br>　　Defendants. § | Civil Action No. 1:21-54 |

## **ORDER**

On October 29, 2021, Plaintiff Lucinne Venegas filed an unopposed motion for leave to file an amended complaint. Dkt. No. 17.

The motion is granted. The proposed amended complaint is now the operative complaint in this case. The Clerk of Court shall file the amended complaint – Dkt. No. 17-1 – in a separate docket entry.

DONE at Brownsville, Texas on November 1, 2021.

_____
Ronald G. Morgan
United States Magistrate Judge