IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., | § § § § § | |
| Plaintiff, | § § | Civil Action No. 1-21-CV-54 |
| vs. | § § | |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, | § § § § § | |
| Defendants. | § § | |

## ORDER

Before this Court is *Plaintiff's Motion to Compel Discovery Responses from Defendant Space Exploration Technologies Corporation*. After considering the Motion, evidence, authorities and arguments of counsel, this Court finds that the Motion has merit.

**IT IS THEREFORE ORDERED** that Defendant Space Exploration Technologies Corporation's objections to Plaintiff's discovery requests are sustained, overruled, and/or modified as follows:

### Interrogatories

6. Describe in detail any upgrades, accommodations, or security measures you have implemented in the last three years at the access point to make the access point safer.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

8. Describe any safety measures you implemented on or before the date of the incident near the access point relating to the delivery of goods to your facilities in Boca Chica, including streetlights, street signs, cones; reflective warnings or any other safety systems to warn residents of

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

12. Explain your company's policy(s) and/or procedure(s) for delivering goods to your Boca Chica facilities at night in effect at the time of the Occurrence.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

**Requests For Production**

1. Produce any correspondence from you that references our clients, this lawsuit and/or the Occurrence prior to the date you anticipated litigation.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

8. Any correspondence that relates to trucks accessing the access point in and around where Decedent was killed in the last five years.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

9. Produce any citations, warnings, tickets letters, or other similar documents You have received from any governmental entity as a result of your operations on State Highway 4 in the last three years.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

11. Any investigation documents and internal correspondence prepared during the regular course of business as a result of the incident made the basis of this suit.

SUSTAINED: _____   OVERRULED _____

MODIFIED AS FOLLOWS: _____

14. Your policies and procedures pertaining to the loading and unloading of goods at your Boca Chica facilities in the last three years.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

18. Documents and correspondence showing any safety meeting you held following the occurrence relating to the occurrence.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

19. Documents and correspondence showing any corrective actions you took following the occurrence.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

22. Non-privileged correspondence relating the public's use of State Highway 4 in the last three years.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

23. Documents and correspondence from or to SOS Security relating to any other vehicle accidents in and around your Boca Chica facility in the last three years.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

24. All reports, records, correspondence or similar documentation evidencing prior or subsequent complaints, problems, injuries or security issues as a result of your operations near State Highway 4 during the past three (3) years.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

32. All non-privileged correspondence relating to difficulties drivers experienced accessing the access site where Decedent was killed in the last three years.

SUSTAINED: _____        OVERRULED _____

MODIFIED AS FOLLOWS: _____

33. All non-privileged correspondence relating to the need for lighting on State Highway 4 at or around your Boca Chica facilities.

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

44. All drawings, maps, and sketches of the scene of the Occurrence.

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

45. All photographs and videotapes of the scene of the Occurrence in the last three years.

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

49. All documents and correspondence relating to plans for widening the access point near the site in the last three years.

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

50. All correspondence and documents received and exchanged between you and the Cameron County District Attorney's office relating to the use of public roads around your Boca Chica facilities in the last three years.

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

51. All correspondence, photographs, and documents since 2013 relating to the naming of any street around your facility "Rocket Road."

SUSTAINED: _____    OVERRULED _____

MODIFIED AS FOLLOWS: _____

52. All correspondence involving the group "Save RGV" in your care, custody, or control in the last three years that references the use of public streets in and around your Boca Chica facilities.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

55. All correspondence to or from Shyamal Patel or his subordinates relating to the use of roads in and around your Boca Chica facilities in the last three years.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

58. Documents and correspondence that relate to any training you provided security personnel relating to the use of public and private roads in and around your facility in the last three years.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

61. A copy of any contract You have with SOS Security or any other third-party security company or governmental entity that provides personnel to protect or service your Boca Chica facility.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

63. All policies, procedures, bulletins, and memos relating to the public's use of Highway 4 and surrounding streets near your Boca Chica facility in the last four years.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

65. Provide any presentations to the public or correspondence with the public relating to the expansion at the Boca Chica facilities in the last seven years.

SUSTAINED: _____     OVERRULED _____

MODIFIED AS FOLLOWS: _____

**IT IS FURTHER ORDERED** that Space Exploration Technologies Corporation shall amend its responses to the aforementioned interrogatory requests and requests for production, remove any objection overruled and/or modified in this order as identified above, and produce any and all documents responsive to the aforementioned requests, unless an objection was expressly sustained in this Order, within fourteen (14) days from the date of this Order.

SIGNED on _____, 2021

_____
The Honorable Ronald G. Morgan
United States Magistrate Judge