# Exhibit A

Case 1:21-cv-00054   Document 22-1   Filed on 11/15/21 in TXSD   Page 2 of 3

3/2/2021 3:48 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 51084077
By: Tiffany Jefferson
Filed: 3/2/2021 3:48 PM

## CAUSE NO. 202069854-7

| | | |
|---|---|---|
| **LUCIENNE VENEGAS, Individually** | § | **IN THE DISTRICT COURT** |
| **and as Parent and Natural Guardian** | § | |
| **of Minor D.V., G.V., M.V. C.V. and THE** | § | |
| **ESTATE OF CARLOS JAVIER VENEGAS** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **vs.** | § | **61st JUDICIAL DISTRICT** |
| | § | |
| **YANDI TRETO GASPAR and** | § | |
| **SYM TRUCKING, LLC,** | § | |
| *Defendants.* | § | **HARRIS COUNTY, TEXAS** |

### PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

1.  Plaintiff, Lucienne Venegas, Individually and as Parent and Natural Guardian of minors, Daniela Venegas (D.V.), Gabriela Venegas (G.V.), Mariela Venegas (M.V.), Carlos Venegas, Jr. (C.V.) and the Estate of Carlos Javier Venegas, (hereinafter referred to as "Plaintiff"), makes and files this First Amended Original Petition.

2.  Venue has been agreed to in Harris County. The damages sought are within the jurisdictional limits of this Court.

3.  Defendants, Yandi Treto Gaspar and Sym Trucking, LLC, (hereinafter referred to as "Defendants"), have agreed to appear herein, therefore, formal service is not requested.

4.  This "friendly suit" arises out of an accident that occurred on or about June 7, 2020, on State Highway 4 near the intersection Lyndon B. Johnson Boulevard in Cameron, Texas. Plaintiff claimed the negligence of Defendants proximately caused minor children, D.V., G.V. M.V. and C.V. to sustain personal injuries and damages.

5. Plaintiff would inform the Court the parties and their representatives have reached a settlement agreement in this case and will request the Court, after appointing a guardian ad litem to represent the legal interests of the minor children and upon hearing the evidence in this matter, approve the settlement agreement between the parties.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays she recover just and fair damages on behalf of the minors against Defendants, this Court appoint a guardian ad litem to represent the legal interests of the minor children in this proceeding, the Court, after appointing a guardian ad litem to represent the legal interests of the minor child and upon hearing the evidence in this case, approve the settlement between the parties, and for any and all such other and future relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**ZEHL & ASSOCIATES, PC**

By: */s/Matthew Greenberg*
Matthew O. Greenberg
State Bar No. 24090136
Galleria Tower I
2700 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Tel: 713-491-6064
Fax: 713-583-8545
E-mail: mgreenberg@zehllaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all parties pursuant to the Texas Rules of Civil Procedure on this 2nd day of March, 2021.

*/s/ Matthew O. Greenberg*
Matthew O. Greenberg