# Exhibit 3



125 EAST 11TH STREET, AUSTIN, TEXAS 78701-2483 | 512.463.8588 | WWW.TXDOT.GOV

Thu, 01 April 2021

STATE OF TEXAS    §

This is to certify that I, Jim Hollis, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of Sun, 07 June 2020, which occurred in Cameron County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

Jim Hollis
Director, Crash Data & Analysis Section
125 East 11th Street
Austin, TX  78701-2483
1-844-274-7457



OUR VALUES: *People • Accountability • Trust • Honesty*
OUR MISSION: *Connecting You With Texas*

An Equal Opportunity Employer

Law Enforcement and TxDOT Use ONLY

- [X] FATAL
- [X] CMV
- [ ] SCHOOL BUS
- [ ] RAILROAD
- [ ] MAB
- [ ] SUPPLEMENT
- [ ] ACTIVE SCHOOL ZONE

Total Num Units: 2
Total Num Prsns: 6
TxDOT Crash ID: 17758534.1 /2020255705

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 5

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/07/2020
- *Crash Time (24HRMM): 0413
- Case ID: 2982886
- Local Use:
- *County Name: CAMERON
- *City Name:
- [X] Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 25.99173
- Longitude (decimal degrees): 097.17923 (negative)

### ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [ ] Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: [ ] Yes [X] No
- Workers Present: [ ] Yes [X] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.: LR
- Hwy. Num.:
- 2. Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- Street Name: LBJ
- 4 Street Suffix: BLVD
- Distance from Int. or Ref. Marker: 10
- [X] FT [ ] MI
- 3 Dir. from Int. or Ref. Marker: E
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

### Unit 1

- Unit Num.: 1
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: FL
- LP Num.: JA07JV
- VIN: 3HSDJSJR4DN203212
- Veh. Year: 2013
- 6. Veh. Color: SIL
- Veh. Make: INTERNATIONAL
- Veh. Model: PROSTAR
- 7 Body Style: TT
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: FL
- DL/ID Num.: T632960823800
- 9 DL Class: 98
- 10 CDL End.: 98
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 10/20/1982
- Address: 6331 W 26th ST Bradenton, FL 34207

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Treto, Yandi | N | 37 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: SYM Trucking LLC, 1803 W 47th Avenue DR Bradenton, FL 34207
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Lancer Insurance Company
- Fin. Resp. Num.: CM0064216-02
- Fin. Resp. Phone Num.: 407-679-8181
- 27 Vehicle Damage Rating 1: - - 0
- 27 Vehicle Damage Rating 2: - -
- Vehicle Inventoried: [X] Yes [ ] No
- Towed By: Capital Towing LLC
- Towed To: 1318 N Commerce St, Harlingen, TX 78550

### Unit 2

- Unit Num.: 2
- 5 Unit Desc.: 6
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: FL
- LP Num.: 1029CU
- VIN: 1UYFS248X6A92515 (1UYFS248X6A925115)
- Veh. Year: 2006
- 6. Veh. Color: 99
- Veh. Make: UTILITY TRAILER MFG
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 9 DL Class:
- 10 CDL End.:
- 11 DL Rest.:
- DOB (MM/DD/YYYY): /  /
- Address:

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: SYM Trucking LLC, 1803 W 47th Avenue DR Bradenton, FL 34207
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Lancer Insurance Company
- Fin. Resp. Num.: CM0064216-02
- Fin. Resp. Phone Num.: 407-679-8181
- 27 Vehicle Damage Rating 1: 10-LFQ-4
- 27 Vehicle Damage Rating 2: 11-LD-3
- Vehicle Inventoried: [X] Yes [ ] No
- Towed By: Capital Towing LLC
- Towed To: 1318 N Commerce St., Harlingen, TX 78550

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID 2982886

TxDOT Crash ID 17758534.1/2020255705

Page 2 of 5

Case 1:21-cv-00054 Document 23-3 Filed on 11/15/21 in TXSD Page 4 of 12



## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

Unit Num. 1 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [ ] Yes [X] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 02998751

Carrier's Corp. Name: SYM Trucking LLC
Carrier's Primary Addr.: 1803 W 47th Avenue DR Bradenton, FL 34207
30 Veh. Type: 9

31 Bus Type 0 | [ ] RGVW [X] GVWR 5 2 3 5 0 | HazMat Released [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type 5

Unit Num. 2 | [ ] RGVW [X] GVWR 6 8 0 0 0 | 34 Trlr. Type 2 | CMV Disabling Damage? [ ] Yes [X] No | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events | 35 Seq. 1  13 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit [ ] Yes [X] No | Actual Gross Weight | Total Num. Axles

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 3 | | | | 1 | 2 | 97 | 1 | 1 | 1 | 17 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened**
(Attach Additional Sheets if Necessary)

Unit 1 towing Unit 2 came to a stop facing east on SH 4; then attempted to reverse northwest across an oncoming lane into LBJ Blvd. Unit 3 was traveling west on SH 4 approaching Unit 1 and 2. Unit 1 and 2 Backed without Safety, causing Unit 3s Front Left to strike Unit 2s Front Left Quarter and Side Swipe Unit 2s Left Side. Unit 1 and 2 remained stopped partially on SH 4 and LBJ Blvd. Unit 3 remained stopped under Unit 2. Note: Unit 3 driver may have been fatigued due not sleeping since the morning of 06/06/2020 and had been drinking (alcoholic beverages) while at the beach. Autopsy results are pending, with investigation ongoing.

**Field Diagram - Not to Scale**

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM) 1 4 1 8 | How Notified: Dispatched | Time Arrived (24HRMM) 0 4 5 4 | Report Date (MM/DD/YYYY) 06/07/2020

Invest. Comp. [ ] Yes [X] No | Investigator Name (Printed) Rodriguez, Hector | ID Num. 15582

ORI Num. T X D P S 5 8 0 4 | *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/Region/DA H P 3 A 0 7

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 5

Checkboxes at top: [X] FATAL  [X] CMV  [ ] SCHOOL BUS  [ ] RAILROAD  [ ] MAB  [ ] SUPPLEMENT  [ ] ACTIVE SCHOOL ZONE

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/07/2020
- *Crash Time (24HRMM): 0413
- Case ID: 2982886
- Local Use:
- *County Name: CAMERON
- *City Name: (blank) — [X] Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? [X] Yes [ ] No
- Latitude (decimal degrees): 25.99173
- Longitude (decimal degrees): 097.17923 (negative implied)

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:
- [ ] Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- [ ] Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: [ ] Yes [X] No
- Workers Present: [ ] Yes [X] No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: [ ] Yes [X] No
- 1 Rdwy. Sys.: LR
- Hwy. Num.:
- 2. Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- Street Name: LBJ
- 4 Street Suffix: BLVD
- Distance from Int. or Ref. Marker: 10
- [X] FT [ ] MI
- 3 Dir. from Int. or Ref. Marker: E
- Reference Marker:
- Street Desc.:
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

- Unit Num.: 3
- 5 Unit Desc.: 1
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State: TX
- LP Num.: MWV6323
- VIN: 3GTU9DED0LG208440
- Veh. Year: 2020
- 6. Veh. Color: WHI
- Veh. Make: GMC
- Veh. Model: SIERRA
- 7 Body Style: PK
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 1
- DL/ID State: TX
- DL/ID Num.: 29503798
- 9 DL Class: C
- 10 CDL End.: 96
- 11 DL Rest.: 96
- DOB (MM/DD/YYYY): 09/20/1984
- Address: 2004 Yost RD San Benito, TX 78586

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Venegas, Carlos Javier | K | 35 | H | 1 | 1 | 99 | 5 | 97 | N | 98 | | 98 | 99 | 99 |
| 2 | 2 | 3 | Venegas, Lucinne Dennise | B | 36 | H | 2 | 1 | 1 | 3 | 97 | Y | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |
| 3 | 2 | 4 | Venegas, Gabriela Dannely | A | 10 | H | 2 | 1 | 1 | 5 | 97 | Y | | | | | |
| 4 | 2 | 5 | Venegas, Danniela Denise | B | 13 | H | 2 | 1 | 3 | 97 | 97 | Y | | | | | |

- [X] Owner [ ] Lessee
- Owner/Lessee Name & Address: De Venegas Medellin, Maria J, 6928 Red Cedar ST Brownsville, TX 78526
- Proof of Fin. Resp.: [X] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Progressive County Mutual Insurance
- Fin. Resp. Num.: 935404218
- Fin. Resp. Phone Num.: (956) 421-3557
- 27 Vehicle Damage Rating 1: 12-FL-7
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [X] No
- Towed By: All Star Towing
- Towed To: 5727 Southmost Rd., Brownsville 78521

---

- Unit Num.:
- 5 Unit Desc.:
- [ ] Parked Vehicle
- [ ] Hit and Run
- LP State:
- LP Num.:
- VIN:
- Veh. Year:
- 6. Veh. Color:
- Veh. Make:
- Veh. Model:
- 7 Body Style:
- [ ] Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type:
- DL/ID State:
- DL/ID Num.:
- 9 DL Class:
- 10 CDL End.:
- 11 DL Rest.:
- DOB (MM/DD/YYYY):
- Address:

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

- [ ] Owner [ ] Lessee
- Owner/Lessee Name & Address:
- Proof of Fin. Resp.: [ ] Yes [ ] No [ ] Expired [ ] Exempt
- 26 Fin. Resp. Type:
- Fin. Resp. Name:
- Fin. Resp. Num.:
- Fin. Resp. Phone Num.:
- 27 Vehicle Damage Rating 1:
- 27 Vehicle Damage Rating 2:
- Vehicle Inventoried: [ ] Yes [ ] No
- Towed By:
- Towed To:

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2982886
TxDOT Crash ID: 17758534.1/2020255705

Page 4 of 5

Case 1:21-cv-00054   Document 23-3   Filed on 11/15/21 in TXSD   Page 6 of 12

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | Cameron County Forensic Pathology Dpt. | Garza's Funeral Home (956) 561-3654 | 06/07/2020 | 0637 |
| 3 | 2 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 3 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 4 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 5 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

(empty)

## FACTORS & CONDITIONS

| Unit # | 36 Contributing Factors (Investigator's Opinion) | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 3 | | 40  45 | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 1418
How Notified/Dispatched:
Time Arrived (24HRMM): 0454
Report Date (MM/DD/YYYY): 06/07/2020

Invest. Comp.: ☐ Yes  ☒ No
Investigator Name (Printed): Rodriguez, Hector
ID Num.: 15582

ORI Num.: TXDPS5804
*Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
Service/Region/DA: HP3A07

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Page 5 of 5

Case ID: 2982886
TxDOT Crash ID: 17758534.1/2020255705

Case 1:21-cv-00054   Document 23-3   Filed on 11/15/21 in TXSD   Page 7 of 12

| Field | Value |
|---|---|
| *Crash Date (MM/DD/YYYY) | 06/07/2020 |
| *Crash Time (24HRMM) | 0413 |
| *County Name | CAMERON |
| *City Name | |
| *1 Rdwy. Sys. | SH |
| *Hwy. Num. | 4 |
| *Street Name | |
| ORI Num. | TXDPS5804 |
| *Agency | DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS |
| Service/Region/DA | HP3A07 |

ADDITIONAL PERSONS

| Unit Num. | Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 5 | 2 | 6 | Venegas, Mariela Sofia | C | 2 | H | 2 | 1 | 4 | 3 | 97 | Y |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY

TxDOT Crash ID: 17758534.2 /2020255705

☒ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☒ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

Total Num Units: (blank) Total Num Prsns: 6

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 5

## IDENTIFICATION & LOCATION

- *Crash Date (MM/DD/YYYY): 06/07/2020
- *Crash Time (24HRMM): 0413
- Case ID: 2982886
- Local Use:
- *County Name: CAMERON
- *City Name: (blank)
- ☒ Outside City Limit
- In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No
- Latitude (decimal degrees): 25.99173
- Longitude (decimal degrees): 097.17923 (negative)

### ROAD ON WHICH CRASH OCCURRED
- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.: 
- 3 Street Prefix: 
- *Street Name: 
- 4 Street Suffix: 
- ☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot
- ☐ Toll Road/Toll Lane
- Speed Limit: 55
- Const. Zone: ☐ Yes ☒ No
- Workers Present: ☐ Yes ☒ No
- Street Desc.:

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER
- At Int.: ☐ Yes ☒ No
- 1 Rdwy. Sys.: LR
- Hwy. Num.: 
- 2 Rdwy. Part: 1
- Block Num.: 
- 3 Street Prefix: 
- Street Name: LBJ
- 4 Street Suffix: BLVD
- Distance from Int. or Ref. Marker: 10
- ☒ FT ☐ MI
- 3 Dir. from Int. or Ref. Marker: E
- Reference Marker: 
- Street Desc.: 
- RRX Num.:

## VEHICLE, DRIVER, & PERSONS

### Unit 1
- Unit Num.: 1
- 5 Unit Desc.: 1
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: FL
- LP Num.: JA07JV
- VIN: 3HSDJSJR4DN203212
- Veh. Year: 2013
- 6. Veh. Color: SIL
- Veh. Make: INTERNATIONAL
- Veh. Model: PROSTAR
- 7 Body Style: TT
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 2
- DL/ID State: FL
- DL/ID Num.: T632960823800
- 9 DL Class: 98
- 10 CDL End.: 98
- 11 DL Rest.: 98
- DOB (MM/DD/YYYY): 10/20/1982
- Address: 6331 W 26th ST Bradenton, FL 34207

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Treto, Yandi | N | 37 | H | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: SYM Trucking LLC, 1803 W 47th Avenue DR Bradenton, FL 34207
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Lancer Insurance Company
- Fin. Resp. Num.: CM0064216-02
- Fin. Resp. Phone Num.: 407-679-8181
- 27 Vehicle Damage Rating 1: _ - _ - _
- 27 Vehicle Damage Rating 2: _ - _ - _
- Vehicle Inventoried: ☒ Yes ☐ No
- Towed By: Capital Towing LLC
- Towed To: 1318 N Commerce St, Harlingen, TX 78550

### Unit 2
- Unit Num.: 2
- 5 Unit Desc.: 6
- ☐ Parked Vehicle
- ☐ Hit and Run
- LP State: FL
- LP Num.: 1029CU
- VIN: 1UYFS248X6A92511S
- Veh. Year: 2006
- 6. Veh. Color: 99
- Veh. Make: UTILITY TRAILER MFG
- Veh. Model: NOT APPLICABLE
- 7 Body Style: TL
- ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)
- 8 DL/ID Type: 
- DL/ID State: 
- DL/ID Num.: 
- 9 DL Class: 
- 10 CDL End.: 
- 11 DL Rest.: 
- DOB (MM/DD/YYYY): / /
- Address: 

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

Copy from Custodial File

- ☒ Owner ☐ Lessee
- Owner/Lessee Name & Address: SYM Trucking LLC, 1803 W 47th Avenue DR Bradenton, FL 34207
- Proof of Fin. Resp.: ☒ Yes ☐ No ☐ Expired ☐ Exempt
- 26 Fin. Resp. Type: 2
- Fin. Resp. Name: Lancer Insurance Company
- Fin. Resp. Num.: CM0064216-02
- Fin. Resp. Phone Num.: 407-679-8181
- 27 Vehicle Damage Rating 1: 10 - LFQ - 4
- 27 Vehicle Damage Rating 2: 11 - LD - 3
- Vehicle Inventoried: ☒ Yes ☐ No
- Towed By: Capital Towing LLC
- Towed To: 1318 N Commerce St, Harlingen, TX 78550



Texas Peace Officer's Crash Report (Form CR-3, Rev. 1/1/2018) — Page 2 of 5

Case ID: 2982886 · TxDOT Crash ID: 17758534.2/2020255705

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | Criminally Negligent Homicide-Felony (TXP 19.05) | TX5SKB0JWA4N |

**CMV**

- Unit Num.: 1
- 10,001+ LBS: X
- CMV Disabling Damage?: No
- 28 Veh. Oper.: 1
- 29 Carrier ID Type: 1
- Carrier ID Num.: 02998751
- Carrier's Corp. Name: SYM Trucking LLC
- Carrier's Primary Addr.: 1803 W 47th Avenue DR Bradenton, FL 34207
- 30 Veh. Type: 9
- 31 Bus Type: 0
- GVWR: 52350
- HazMat Released: No
- 33 Cargo Body Type: 5
- Unit Num.: 2
- GVWR: 68000
- 34 Trlr. Type: 2
- CMV Disabling Damage?: No
- Intermodal Shipping Container Permit: No
- 35 Seq. 1: 13

**Factors & Conditions**

| 36 Contributing Factors | | 37 Vehicle Defects | | 38 Weather | 39 Light | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|---|---|---|---|
| Unit 1: Contrib 3 | May Have Contrib 40 | Contrib — | May Have Contrib 5 | 1 | 2 | 97 | 1 | 1 | 1 | 17 |

**Investigator's Narrative Opinion of What Happened**

Unit 1 towing Unit 2 came to a stop facing east on SH 4; then attempted to reverse northwest across an oncoming lane into LBJ Blvd. Unit 3 was traveling west on SH 4 approaching Unit 1 and 2. Unit 1 and 2 Backed without Safety, causing Unit 3's Front Left to strike Unit 2's Front Left Quarter and Side Swipe Unit 2's Left Side. Unit 1 and 2 remained stopped partially on SH 4 and LBJ Blvd. Unit 3 remained stopped under Unit 2. Note: Unit 3 driver may have been fatigued due not sleeping since the morning of 06/06/2020 and had been drinking (alcoholic beverages) while at the beach. Autopsy results show Unit 3 driver had a Blood Alcohol Content of .135 mg/dL, along with cocaine. Unit 3 black box evidence showed Unit 3 Driver was Speeding Over the Limit, and did not wear a seatbelt along with the Front Right Passenger.

Field Diagram — Not to Scale (LBJ Blvd. / SH 4; Area of Impact; Unit 1, Unit 2, Stop Sign)

Copy from Custodial File

**Investigator**

- Time Notified (24HR:MM): 1418
- How Notified: Dispatched
- Time Arrived (24HRMM): 0454
- Report Date: 08/19/2020
- Invest. Comp.: Yes
- Investigator Name (Printed): Rodriguez, Hector
- ID Num.: 15582
- ORI Num.: TXDPS5804
- Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
- Service/Region/DA: HP3A07

Law Enforcement and TxDOT Use ONLY

# Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 5

- FATAL: ☒
- CMV: ☒
- SCHOOL BUS: ☐
- RAILROAD: ☐
- MAB: ☐
- SUPPLEMENT: ☒
- ACTIVE SCHOOL ZONE: ☐
- Total Num Units: 2
- Total Num Persons: 6
- TxDOT Crash ID: 17758534.2 / 2020255705

**Crash Date (MM/DD/YYYY):** 06/07/2020
**Crash Time (24HRMM):** 0413
**Case ID:** 2982886
**Local Use:**

**County Name:** CAMERON
**City Name:** (blank) — Outside City Limit: ☒

**In your opinion, did this crash result in at least $1,000 damage to any one person's property?** Yes ☒ No ☐
**Latitude (decimal degrees):** 25.99173
**Longitude (decimal degrees):** 097.17923 (−097.17923)

## ROAD ON WHICH CRASH OCCURRED

- *1 Rdwy. Sys.: SH
- *Hwy. Num.: 4
- 2 Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- *Street Name:
- 4 Street Suffix:

Crash Occurred on a Private Drive or Road/Private Property/Parking Lot: ☐
Toll Road/Toll Lane: ☐
Speed Limit: 55
Const. Zone: Yes ☐ No ☒
Workers Present: Yes ☐ No ☒
Street Desc.:

## INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

- At Int.: Yes ☐ No ☒
- 1 Rdwy. Sys.: LR
- Hwy. Num.:
- 2. Rdwy. Part: 1
- Block Num.:
- 3 Street Prefix:
- Street Name: LBJ
- 4 Street Suffix: BLVD

Distance from Int. or Ref. Marker: 10
FT ☒ MI ☐
3 Dir. from Int. or Ref. Marker: E
Reference Marker:
Street Desc.:
RRX Num.:

---

**Unit Num.:** 3
**5 Unit Desc.:** 1
**Parked Vehicle:** ☐
**Hit and Run:** ☐
**LP State:** TX
**LP Num.:** MWV6323
**VIN:** 3GTU9DED0LG208440

**Veh. Year:** 2020
**6. Veh. Color:** WHI
**Veh. Make:** GMC
**Veh. Model:** SIERRA
**7 Body Style:** PK
**Pol., Fire, EMS on Emergency (Explain in Narrative if checked):** ☐

**8 DL/ID Type:** 1
**DL/ID State:** TX
**DL/ID Num.:** 29503798
**9 DL Class:** C
**10 CDL End.:** 96
**11 DL Rest.:** 96
**DOB (MM/DD/YYYY):** 09/20/1984

**Address:** 2004 Yost RD San Benito, TX 78586

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Venegas, Carlos Javier | K | 35 | H | 1 | 1 | 96 | 5 | 97 | N | 98 | 0.135 | 98 | 1 | 3 |
| 2 | 2 | 4 | Venegas, Lucinne Dennise | B | 36 | H | 2 | 1 | 1 | 3 | 97 | Y | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |
| 3 | 2 | 3 | Venegas, Gabriela Dannely | A | 10 | H | 2 | 1 | 96 | 5 | 97 | Y | | | | | |
| 4 | 2 | 5 | Venegas, Danniela Denise | B | 13 | H | 2 | 1 | 3 | 97 | 97 | Y | | | | | |

**Owner:** ☒ **Lessee:** ☐
**Owner/Lessee Name & Address:** De Venegas Medellin, Maria J, 6928 Red Cedar ST Brownsville, TX 78526

**Proof of Fin. Resp.:** Yes ☒ No ☐   Expired ☐ Exempt ☐
**26 Fin. Resp. Type:** 2
**Fin. Resp. Name:** Progressive County Mutual Insurance
**Fin. Resp. Num.:** 935404218

**Fin. Resp. Phone Num.:** (956) 421-3557
**27 Vehicle Damage Rating 1:** 12-FL-7
**27 Vehicle Damage Rating 2:** -
**Vehicle Inventoried:** Yes ☒ No ☐

**Towed By:** All Star Towing
**Towed To:** 5727 Southmost Rd., Brownsville 78521

---

**Unit Num.:**
**5 Unit Desc.:**
**Parked Vehicle:** ☐
**Hit and Run:** ☐
**LP State:**
**LP Num.:**
**VIN:**

**Veh. Year:**
**6. Veh. Color:**
**Veh. Make:**
**Veh. Model:**
**7 Body Style:**
**Pol., Fire, EMS on Emergency:** ☐

**8 DL/ID Type:**
**DL/ID State:**
**DL/ID Num.:**
**9 DL Class:**
**10 CDL End.:**
**11 DL Rest.:**
**DOB (MM/DD/YYYY):**

**Address:**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

**Owner:** ☐ **Lessee:** ☐
**Owner/Lessee Name & Address:**

**Proof of Fin. Resp.:** Yes ☐ No ☐  Expired ☐ Exempt ☐
**26 Fin. Resp. Type:**
**Fin. Resp. Name:**
**Fin. Resp. Num.:**

**Fin. Resp. Phone Num.:**
**27 Vehicle Damage Rating 1:** - -
**27 Vehicle Damage Rating 2:** - -
**Vehicle Inventoried:** Yes ☐ No ☐

**Towed By:**
**Towed To:**

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2982886
TxDOT Crash ID: 17758534.2/2020255705
Page 4 of 5

Case 1:21-cv-00054   Document 23-3   Filed on 11/15/21 in TXSD   Page 11 of 12

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 3 | 1 | Cameron County Forensic Pathology Dpt. | Garza's Funeral Home (956) 561-3654 | 06/07/2020 | 0637 |
| 3 | 2 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 3 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 4 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |
| 3 | 5 | Valley Baptist Medical-Brownsville | Brownsville EMS Medic 8 | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|

## CMV

(blank)

## FACTORS & CONDITIONS

**36 Contributing Factors (Investigator's Opinion)**

| Unit # | Contributing | | May Have Contrib. | |
|---|---|---|---|---|
| 3 | 67 | 68 | 61 | 40 |

**37 Vehicle Defects (Investigator's Opinion)**

| Contributing | May Have Contrib. |
|---|---|

**Environmental and Roadway Conditions**

| 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
|---|---|---|---|---|---|---|

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

Copy from Custodial File

## INVESTIGATOR

Time Notified (24HR:MM): 1418
How Notified: Dispatched
Time Arrived (24HRMM): 0454
Report Date (MM/DD/YYYY): 08/19/2020

Invest. Comp.: [X] Yes [ ] No
Investigator Name (Printed): Rodriguez, Hector
ID Num.: 15582

ORI Num.: TXDPS5804
*Agency: DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS
Service/Region/DA: HP3A07

Law Enforcement and TxDOT Use ONLY.
Form CR-3 (Rev. 1/1/2018)

Case ID: 2982886
TxDOT Crash ID: 17758534.2/2020255705
Page 5 of 5

Case 1:21-cv-00054   Document 23-3   Filed on 11/15/21 in TXSD   Page 12 of 12

| Field | Value |
|---|---|
| *Crash Date (MM/DD/YYYY) | 06/07/2020 |
| *Crash Time (24HRMM) | 0413 |
| *County Name | CAMERON |
| *City Name | |
| *1 Rdwy. Sys. | SH |
| *Hwy. Num. | 4 |
| *Street Name | |
| ORI Num. | TXDPS5804 |
| *Agency | DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS |
| Service/Region/DA | HP3A07 |

**ADDITIONAL PERSONS**

| Unit Num. | Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 5 | 2 | 6 | Venegas, Mariela Sofia | C | 2 | H | 2 | 1 | 4 | 3 | 97 | Y |

Copy from Custodial File