UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., | § § § § § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 1-21-CV-54 |
| SPACE EXPLORATION TECHNOLOGIES CORPORATION and DOGLEG PARK, LLC, | § § § § § | |
| *Defendants.* | § § | |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY

Before the Court is Defendants Space Exploration Technologies Corp. ("SpaceX") and Dogleg Park, LLC's ("Dogleg Park") (collectively "Defendants") Motion to Stay Discovery pending a ruling on their Motion to Dismiss. After considering the Motion, any response, the evidence, all related briefing and the arguments of counsel, the Court hereby GRANTS Defendants' Motion in its entirety.

Accordingly, expert deadlines as well as all discovery are stayed until the Court rules on Defendants' Motion to Dismiss.

SO ORDERED this ___ day of _____, 2021.

_____
The Honorable Ronald G. Morgan
United State Magistrate Judge