UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINNE VENEGAS, Individually, on Behalf of the Estate of Carlos Javier Venegas and on Behalf of Her Minor Children, D.V., G.V., and M.V., § § § § § § § *Plaintiff,* § § v. § § SPACE EXPLORATION TECHNOLOGIES § CORPORATION and DOGLEG PARK, § LLC, § § *Defendants.* § | | Civil Action No. 1-21-CV-54 |

**ORDER DENYING PLAINTIFF'S OBJECTIONS TO
REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Having considered Plaintiff's Objections to Report and Recommendation of the Magistrate Judge and Defendants' response thereto, the Court finds Plaintiff's objections lacks merit. For this reason, Plaintiff's objections are overruled.  The Court therefore grants Defendants' Motion to Dismiss and dismisses Plaintiff's claims with prejudice.

SO ORDERED this ___ day of _____, 2022.

_____
The Honorable Ronald G. Morgan
United State Magistrate Judge