United States District Court
Southern District of Texas
**ENTERED**
February 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINNE VENEGAS, § § Plaintiff, § § VS. § SPACE EXPLORATION TECHNOLOGIES § CORPORATION, *et al.*, § § Defendants. § | CIVIL ACTION NO. 1:21-CV-054 |

# **FINAL JUDGMENT**

The Court previously dismissed Plaintiff Lucinne Venegas's causes of action with prejudice for failure to state a claim upon which relief can be granted. (Order and Opinion, Doc. 30) As a result, it is:

**ORDERED** that Plaintiff Lucinne Venegas take nothing on all claims against Defendants Space Exploration Technologies Corporation and Dogleg Park, LLC.

This judgment is final and appealable.

Each party shall bear its own costs.

The Clerk of Court is directed to close this matter.

Signed on February 28, 2022.

Fernando Rodriguez, Jr.
United States District Judge